UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Robert Towle</u>

     v.                                                  Case No. 11-cv-203-PB

<u>Martha Hornick</u>


## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

      The Amended Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).   Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Amended Complaint.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Amended Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                          /s/ Landya B. McCafferty
                                                          Landya B. McCafferty
                                                          United States Magistrate Judge


Date:   November 29, 2011


cc:      Robert Towle