UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert Towle</u>

     v.         Case No. 11-cv-203-PB

<u>Martha Hornick</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 20, 2011.

  SO ORDERED.

January 5, 2012       /s/ Paul Barbadoro
             Paul Barbadoro
             United States District Judge

cc: Robert Towle, Pro Se